**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| MARK ANTHONY INTERNATIONAL, SRL and AMERICAN VINTAGE BEVERAGE, INC., | : : : | No. 3:12-cv-00477-RNC |
| Plaintiffs, | : : | |
| -against- | : : : : | |
| JACK DANIEL'S PROPERTIES, INC., | : : | April 16, 2012 |
| Defendant. | : : : | |

**APPEARANCE**

Please enter the appearance of the undersigned on behalf of defendant, Jack Daniel's

Properties, Inc., in the above-captioned matter.

Dated at Hartford, Connecticut, this 16th day of April, 2012.


JACK DANIEL'S PROPERTIES, INC.,
Defendant,


By:     /s/ Donald J. Marchesseault
          Donald J. Marchesseault (ct22305)
          Bingham McCutchen LLP
          One State Street
          Hartford, CT 06103
          (860) 240-2700 (telephone)
          (860) 240-2800 (facsimile)
          donald.marchesseault@bingham.com

          Its Attorneys

A/74886112.1

-2-

**CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2012, a copy of the foregoing was filed electronically and served by mail on parties unable to accept electronic filing.  Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system or by mail to parties unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

       /s/ Donald J. Marchesseault
       Donald J. Marchesseault

A/74886112.1