UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARK ANTHONY INTERNATIONAL, SRL and AMERICAN VINTAGE BEVERAGE, INC., <br><br>Plaintiffs,<br><br>-against-<br><br><br>JACK DANIEL'S PROPERTIES, INC.,<br><br>Defendant. | No. 3:12-cv-00477-RNC<br><br><br><br><br><br><br><br><br>April 16, 2012 |

## STIPULATION CONCERNING SERVICE OF PROCESS AND JOINT MOTION FOR EXTENSION OF TIME

The parties hereby agree and stipulate to, and jointly move for, the following:

1. On March 28, 2012, Plaintiffs Mark Anthony International, SRL and American Vintage Beverage, Inc. (collectively, "Mark Anthony") filed their complaint in this matter.

2. On March 30, 2012, the undersigned attorney from Seyfarth Shaw LLP, counsel for Defendant Jack Daniel's Properties, Inc. ("JDPI"), agreed to accept service of process on behalf of JDPI, and such service was completed on March 30, 2012.

3. JDPI hereby waives any and all service defects, and the parties agree that no further service of process or request for waiver of service is necessary.

4. With the consent of, and with no objection from, Mark Anthony, JDPI hereby moves for an extension of time of twenty (20) days, up to and including May 10, 2012, to file an answer or motion addressed to the complaint.

5. This is JDPI's first request for an extension of time with respect to the complaint.

| | |
|---|---|
| MARK ANTHONY INTERNATIONAL, SRL & AMERICAN VINTAGE BEVERAGE, INC., Plaintiffs, | JACK DANIEL'S PROPERTIES, INC., Defendant, |
| By: /s/ Michael A. Bucci<br>David H. Bernstein (ct11819)<br>Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, New York 10022<br>(212) 909 6696 (telephone)<br>(212) 521-7696 (facsimile)<br>dhbernstein@debevoise.com<br><br>-and-<br><br>Michael A. Bucci (ct15429)<br>Day Pitney LLP<br>242 Trumbull Street<br>Hartford, Connecticut 06103<br>(860) 275-0100 (telephone)<br>(860) 275-0343 (facsimile)<br>mabucci@daypitney.com<br><br>Their Attorneys | By: /s/ Donald J. Marchesseault<br>Donald J. Marchesseault (ct22305)<br>Bingham McCutchen LLP<br>One State Street<br>Hartford, CT 06103<br>(860) 240-2700 (telephone)<br>(860) 240-2800 (facsimile)<br>donald.marchesseault@bingham.com<br><br>-and-<br><br>Of Counsel:<br><br>Edward F. Maluf<br>Bingham McCutchen LLP<br>399 Park Avenue<br>New York, NY 10022<br>(212) 705-7987 (telephone)<br>(212) 702-3617 (facsimile)<br>edward.maluf@bingham.com<br><br>-and-<br><br>Christopher C. Larkin<br>Seyfarth Shaw LLP<br>2029 Century Park East<br>Suite 3500<br>Los Angeles, CA 90067-3021<br>(310) 201-5289 (telephone)<br>(310) 201-5219 (facsimile)<br>clarkin@seyfarth.com<br><br>Its Attorneys |

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2012, a copy of the foregoing was filed electronically and served by mail on parties unable to accept electronic filing.  Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system or by mail to parties unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

    /s/ Donald J. Marchesseault
Donald J. Marchesseault

A/74885495.1