## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARK ANTHONY INTERNATIONAL, SRL<br>and AMERICAN VINTAGE BEVERAGE, INC., | : | No. 3:12-cv-00477-RNC |
| | : | |
| Plaintiffs, | : | |
| | : | |
| -against- | : | |
| | : | |
| | : | |
| | : | |
| JACK DANIEL'S PROPERTIES, INC., | : | |
| | : | April 16, 2012 |
| Defendant. | : | |
| | : | |

## CORPORATE DISCLOSURE STATEMENT OF
## <u>DEFENDANT JACK DANIEL'S PROPERTIES, INC.</u>

Pursuant to Fed. Rule Civ. P. 7.1, Defendant Jack Daniel's Properties, Inc. ("JDPI")

hereby makes the following disclosure:

JDPI is a wholly-owned subsidiary of Brown-Forman Corporation, a publicly traded

Delaware corporation.

JACK DANIEL'S PROPERTIES, INC.,
Defendant,

By:    /s/ Donald J. Marchesseault
        Donald J. Marchesseault (ct22305)
        Bingham McCutchen LLP
        One State Street
        Hartford, CT 06103
        (860) 240-2700 (telephone)
        (860) 240-2800 (facsimile)
        donald.marchesseault@bingham.com
        Its Attorney

A/74886197.1

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2012, a copy of the foregoing was filed electronically and served by mail on parties unable to accept electronic filing.  Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system or by mail to parties unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

    /s/ Donald J. Marchesseault
Donald J. Marchesseault

A/74886197.1