UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARK ANTHONY INTERNATIONAL, SRL and AMERICAN VINTAGE BEVERAGE, INC., : : : Plaintiffs, : : -against- : : : JACK DANIEL'S PROPERTIES, INC., : : Defendant. : : : | No. 3:12-cv-00477-RNC<br><br><br><br><br><br><br><br><br><br><br>April 27, 2012 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Mark Anthony International, SRL and American Vintage Beverage, Inc. hereby voluntarily dismiss the above-captioned action without prejudice. No answer or motion for summary judgment has been filed.

> MARK ANTHONY INTERNATIONAL, SRL, and AMERICAN VINTAGE BEVERAGE, INC., Plaintiffs,
>
> By /s/ David H. Bernstein
>     David H. Bernstein
>     dhbernstein@debevoise.com
>     Debevoise & Plimpton LLP
>     919 Third Avenue
>     New York, New York 10022
>     (212) 909-6696
>     (212) 521-7696 (fax)
>     *Counsel for Plaintiffs*

23652800v1